IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-297-GCM-DCK

| | |
|---|---|
| KAREN BROADWAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) filed by Jennifer P. Keller, concerning John Michael Scannapieco on July 12, 2013. Mr. Scannapieco seeks to appear as counsel *pro hac vice* for Defendant The Lincoln National Life Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) is **GRANTED.** Mr. Scannapieco is hereby admitted *pro hac vice* to represent Defendant The Lincoln National Life Insurance Company.

**SO ORDERED**.

Signed: July 12, 2013

David C. Keesler
United States Magistrate Judge